# NACMIAS
# LAW FIRM
# PLLC

592 PACIFIC STREET, 1ST FLOOR
BROOKLYN, NY 11217
PHONE: 347-392-6356
FAX: 347-402-7569
MICHAEL@NACMIASLAW.COM

September 19, 2025

Hon. Paul A. Engelmayer
United States District Judge
Southern District of New York
500 Pearl Street
New York, New York 10007
(212) 805-0292

Re:   *VOLFMAN V MISS DU'S TEA SHOP INC. et al.*
      **_DOCKET 1:24-CV-2973_**

Dear Judge Engelmayer:

The undersigned represents Joseph Volfman, the Plaintiff in the above-referenced matter. On July 21, 2025, the most recent Order was executed by Your Honor, dismissing the matter with the right to reopen the action within 60 days. To date, unfortunately, the settlement has not been consummated. Therefore, Plaintiff hereby respectfully requests the Court to extend the time to reopen the matter by 30-days until October 20, 2025. This is Plaintiff's first request for an extension.

The parties have confirmed settlement terms and have reduced the same in writing but need additional time as the agreement is not yet fully executed. Plaintiff respectfully requests additional time in order to allow defendants to return a fully executed agreement or for Plaintiff to file a motion to reopen the action.

Thank you for your time and consideration on this matter.

Respectfully,

/s/ Michael Nacmias
Michael Nacmias, Esq.
Nacmias Law Firm, PLLC
592 Pacific Street, 1st Floor
Brooklyn, NY 11217
Michael@nacmiaslaw.com

GRANTED.

No further extensions will be permitted.

SO ORDERED.

Date:  September 19, 2025
      New York, New York

Paul A. Engelmayer
United States District Judge